**DISMISS and Opinion Filed November 14, 2023**



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00060-CV**

**RODNEY B. ALLEN, Appellant**
**V.**
**JOY TRIPLETT, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-07271**

## MEMORANDUM OPINION

Before Justices Carlyle, Goldstein, and Breedlove
Opinion by Justice Goldstein

Appellant's brief in this case is overdue. On September 15, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(c). By orders dated September 27, 2023 and October 12, 2023, we extended the time for appellant to file his brief until October 24, 2023. To date, appellant has not filed his brief.

We dismiss this appeal. *See id*. 38.8(a)(1); 42.3(c).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

230060F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RODNEY B. ALLEN, Appellant

No. 05-23-00060-CV     V.

JOY TRIPLETT, Appellee

On Appeal from the 256th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-22-07271. Opinion delivered by Justice Goldstein. Justices Carlyle and Breedlove participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered November 14, 2023

–3–